COMMONWEALTH Of Pennsylvania, Respondent

v.

HAU DUY BACH, Petitioner.

Supreme Court of Pennsylvania.

Dec. 6, 2012.

## *ORDER*

PER CURIAM.

AND NOW, this 6th day of December 2012, the Petition for Allowance of Appeal is GRANTED, the Superior Court's decision is VACATED and the matter is REMANDED for reconsideration in light of *Commonwealth v. Bradford,* —— Pa. ——, 46 A.3d 693 (2012).